County of Westchester, Respondent, v. The Trustees of the Leake &
Watts Orphan House in the City of New York, Appellants, Impleaded
with Others.— Final order affirmed, with ten dollars costs and disburse-
ments. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward,
JJ., concurred.

Leopold Hornbostel, Respondent, v. Isaac Zwisohn, Appellant.— Judg-
ment of the Municipal Court affirmed, with costs. No opinion. Jenks,
P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Paul J. Rainey Pier Company, a Domestic Corporation, Respondent, v.
Gabriel-Blake Company, a Domestic Corporation, Appellant.— Order
affirmed, with ten dollars costs and disbursements. No opinion. Jenks,
P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Henry W. Specht, as Administrator, etc., of Magdalena Specht,
Deceased, Respondent, v. Waterbury Company, Appellant.— Order
affirmed on argument, with ten dollars costs and disbursements. Jenks,
P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of John J. McGinness, an Attorney.— Motion granted and
reference ordered to Joseph E. Owens, Esq., to take testimony and report
thereon, with his opinion. Edward A. Freshman, Esq., is assigned to
conduct such proceedings. Present—Jenks, P. J., Hirschberg, Burr,
Thomas and Carr, JJ.

Abraham Abraham and Others, Appellants, v. J. Schenck Lott,
Respondent.— Judgment of the Municipal Court reversed and new trial
ordered, costs to abide the event, on the ground that the judgment was
contrary to the weight of evidence. Present — Jenks, P. J., Thomas, Carr
and Rich, JJ., concurred; Woodward, J., dissented.

Charles F. Bandel, Appellant, v. The City of New York and the Board
of Health of the City of New York, Respondents.— Judgment affirmed,
with costs, on the opinion of Mr. Justice Putnam at Special Term.
(Reported in 69 Misc. Rep. 93.) Jenks, P. J., Hirschberg, Burr, Wood-
ward and Rich, JJ., concurred.

Harry Becker, Respondent, v. Rocco V. Ursino, Appellant.— Judgment
of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J.,
Thomas, Carr, Woodward and Rich, JJ., concurred.

William H. Boyle and Clarence L. Sinnickson, Appellants, v. John J.
Bliss, Respondent.— Judgment of the Municipal Court reversed and new
trial ordered, costs to abide the event, on the ground that the decision is
against the weight of evidence. Jenks, P. J., Hirschberg, Burr, Wood-
ward and Rich, JJ., concurred.